IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:23CR00035-001D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| SANDA G. FRIMPONG, | ) | |
| | ) | CERTIFICATION OF SERVICE |
| Defendant, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERRILL LYNCH, PIERCE, | ) | |
| FENNER & SMITH INC., | ) | |
| | ) | |
| Garnishee. | ) | |

I do hereby certify that Garnishee, Merrill Lynch, Pierce, Fenner & Smith In, was served with a copy of the following documents, by Certified Mail, on June 27, 2024 at Merrill Lynch, Pierce, Fenner & Smith Inc, 9000 Southside Blvd., Bldg. 300, FL9-300-02-18, Jacksonville, FL 32256.

    1) Application for Writ of Garnishment [D.E. 68];

    2) Writ of Continuing Garnishment [D.E. 75];

    3) Instructions and Answer for the Garnishee; and

    4) Clerks Notice of Post-Judgment Garnishment with Right to Claim

        Exemptions and Hearing Request [D.E. 75-1].

I further certify that Defendant, Sanda G. Frimpong, was served with a copy of the following documents by regular U.S. Mail at FCI Butner Medium 1, P.O. Box

1000, Butner, NC 27509 on July 22, 2024:

1) Application for Writ of Garnishment [D.E. 68];

2) Writ of Continuing Garnishment [D.E. 75];

3) Clerks Notice of Post-Judgment Garnishment with Right to Claim Exemptions and Hearing Request [D.E. 75-1];

4) Instructions and Answer to Garnishee.

This the 26th day of July, 2024.

MICHAEL F. EASLEY, JR.
United States Attorney

*/s/ Benjamin J. Higgins*
BENJAMIN J. HIGGINS
Assistant United States Attorney
150 Fayetteville Street, Suite 2100
Raleigh, North Carolina 27601
Telephone: (919) 856-4312
Email: benjamin.higgins2@usdoj.gov
Massachusetts Bar # 690969
*Attorney for the United States*